STATE OF CONNECTICUT *v.* BENJAMIN CARR, JR.

The defendant's "Motion to Review Order Regarding Appointment of Special Public Defender" in the appeal from the Superior Court in New Haven County is granted and the relief sought therein is denied. The court notes the absence of a finding in support of the motion. See Practice Book § 694, as amended.

The defendant's "Motion to Review Order Regarding Appeal Bond" in the appeal from the Superior Court in New Haven County is granted and the relief sought therein is denied. The court notes the absence of a finding in support of the motion. See Practice Book § 694, as amended.

*John R. Williams,* in support of the motions.

Submitted October 24—decided November 21, 1973

STATE OF CONNECTICUT *v.* ARCHIE CHESNEY

The defendant's petition requesting that this court appoint a cocounsel to work with his present counsel in the appeal from the Superior Court in Fairfield County is dismissed.

*Archie Chesney,* pro se, the petitioner.

Submitted October 30—decided November 21, 1973